**ERIC H. SCHWEITZER #179776**
**ANNIE L. DAVIDIAN #252644**
**REAL LAWYERS - AT AFFORDABLE PRICES**TM
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 441-0441
FAX (559) 233-6947

ATTORNEYS FOR: **JASON QUESNEL**

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

* * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>JASON QUESNEL<br><br>　　　Defendant. | Case No.: 1:08-CR-413 AWI<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE TO ALLOW DEFENDANT TO PARTICIPATE IN SHARPER FUTURE PROGRAM |

Pretrial Services Officer Anthony Granados has informed Counsel and Pre-Trial Services Officer Dan Stark that Mr. Quesnel is suitable for voluntary participation in a new program. (See Exhibit "A" January 26, 2009 letter from Acting Pretrial Services Chief Wieking.) Officer Granados feels Mr. Quesnel would benefit from participation. Mr. Quesnel wishes to try the program on a voluntary basis.

Mr. Quesnel's conditions of release shall be modified to include that he be allowed to participate in the new program as

described by Acting Chief Wieking's letter of January 26, 2009.

Mr. Quesnel is to make reasonable efforts to attend at least three consecutive sessions before determining if he wishes to continue or to terminate his participation. No further Order will be required to allow Mr. Quesnel to terminate his participation. However, if he decides to stop participating, he will be required to notify Officer Granados as soon as reasonably possible.

All other terms and conditions of pretrial release shall remain in full force and effect. Pretrial Services is in agreement with this modification.

I stipulate to the entry of the above Order.

March 24, 2009.        /S/ Jason Quesnel
                       Defendant Jason Quesnel


I stipulate to the entry of the above Order.

March 25, 2009.        /S/ Anthony Granados
                       U.S. Pretrial Services Officer
                       Anthony Granados


I stipulate to the entry of the above Order.

March 24, 2009         /S/ Eric H. Schweitzer
                       Defendant's Counsel
                       Eric H. Schweitzer


I stipulate to the entry of the above Order.

March 25, 2009         /S/ Shiela Oberto
                       A.U.S.A. Shiela Oberto

1    The parties having entered into the above stipulation, and
2    there being no good cause shown why it should not be entered, the
3    Court makes the following Order:
4        1]   Mr. Quesnel's conditions of release shall be modified
5    to include that he be allowed to participate in the new program
6    as described by Acting Chief Wieking's letter of January 26,
7    2009;
8        2]   Mr. Quesnel is to make reasonable efforts to attend
9    at least three consecutive sessions before determining if he
10   wishes to continue or to terminate his participation. No further
11   Order will be required to allow Mr. Quesnel to terminate his
12   participation. However, if he decides to stop participating, Mr.
13   Quesnel will be required to notify U.S. Pre-Trial Serves Officer
14   Granados as soon as reasonably possible.

IT IS SO ORDERED.

**Dated:    March 25, 2009**                    /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE