**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, JASON QUESNEL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \*

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JASON QUESNEL,<br><br>    Defendant. | Case No.: CRF-08-0413-AWI<br><br>**STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS REGARDING CURFEW AND ORDER** |
|---|---|

TO THE HONORABLE ANTHONY W. ISHII, U.S. CHIEF DISTRICT JUDGE, AND TO BENJAMIN B. WAGNER, U.S. ATTORNEY, BY AND THROUGH HIS DEPUTY/REPRESENTATIVE, BRIAN ENOS, ASSISTANT U.S. ATTORNEY:

It is hereby stipulated by and between the parties that Defendant, JASON QUESNEL's pretrial release conditions be modified to change Defendant's curfew from 9:00 p.m. to 11:00 p.m.

Pretrial Services has approved said modification.

Dated: December 24, 2009.   LAW OFFICE OF RICHARD P. BERMAN

                              By /s/ RICHARD P. BERMAN
                                 RICHARD P. BERMAN
                                 Attorney for Defendant,
                                 JASON QUESNEL

Dated: December 24, 2009.   UNITED STATES ATTORNEY'S OFFICE

By /s/ BRIAN W. ENOS
    BRIAN W. ENOS
    Assistant U.S. Attorney

## ORDER

**IT IS HEREBY ORDERED** that Defendant, JASON QUESNEL's, pretrial release conditions be modified with a curfew of 11:00 p.m.

IT IS SO ORDERED.

**Dated:   December 24, 2009**      /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE