1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8             **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,    )   1:08-cr-00413 AWI
                                )
12          Plaintiff,          )   **STIPULATION TO CONTINUE HEARING**
                                )   **ON MOTIONS AND REMAINING**
                                )   **BRIEFING DEADLINES UNDERLYING**
13     v.                       )   **SAME; ORDER**
                                )
14                              )   Date: July 19, 2010
   JASON QUESNEL,               )   Time: 10:00 a.m.
15                              )   Ctrm: 2
            Defendant.          )        Hon. Anthony W. Ishii
16 _____)

17

18     IT IS HEREBY STIPULATED by and between the parties hereto,
19 by and through their respective attorneys of record, that the
20 hearing regarding defendant's two suppression motions filed on
21 May 3, 2010 (Docs. 27 and 28) may be continued from 10:00 a.m. on
22 Monday, June 21, 2010, to 10:00 a.m. on Monday, July 19, 2010.

23     The parties further agree that the following deadlines
24 underlying the above hearing likewise be extended as follows: (1)
25 the United States' opposition briefs to defendant's motions to be
26 filed by 4:00 p.m. on Monday, June 21, 2010; and (2) defendant's
27 reply briefs, if any, to be filed by 4:00 p.m. on Monday, July
28 12, 2010.

1   This stipulation is based on good cause.  Specifically,
2 counsel for the United States must address matters attendant to a
3 May 12, 2010 surgery to be performed on his wife, whose need only
4 became apparent after the parties agreed to the prior motion
5 schedule culminating on the June 21, 2010 hearing.  In addition,
6 counsel for the United States is out of state on Monday, June 28,
7 2010 and Monday, July 5, 2010, and understands that the court is
8 unavailable on Monday, July 12, 2010.  This stipulation arose at
9 the government's request, to which counsel for defendant
10 graciously agreed.  For the above-stated reasons, the stipulated
11 continuance will also conserve time and resources for both
12 parties and the court.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: May 10, 2010         By:_Brian W. Enos_____
                                    BRIAN W. ENOS
                                    Assistant U.S. Attorney


                                    (As auth. 5/11/10)
Dated: May 11, 2010          /s/ Eric H. Schweitzer
                                    ERIC H. SCHWEITZER
                                    Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

**Dated:   May 11, 2010**              **/s/ Anthony W. Ishii**
                                  CHIEF UNITED STATES DISTRICT JUDGE

2

**STIPULATION TO CONTINUE HEARING ON MOTIONS AND REMAINING BRIEFING DEADLINES UNDERLYING SAME; ORDER**