**ERIC H. SCHWEITZER #179776**
**REAL LAWYERS - AT AFFORDABLE PRICES**~TM~
2333 MERCED STREET
FRESNO, CA 93721
PHONE: (559) 441-0441
FAX:   (559) 233-6947

ATTORNEY FOR Defendant, **JASON QUESNEL**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JASON QUESNEL,<br><br>    Defendant. | Case No.: CRF-08-0413 AWI<br><br>**STIPULATION TO CONTINUE HEARING ON MOTIONS; ORDER**<br><br>DATE:  July 19, 2010<br>TIME:  10:00 a.m.<br>DEPT:  AWI - 2 |

**IT IS HEREBY STIPULATED** by and between the parties hereto, by and through their representative attorneys of record, that the hearing regarding defendant's two suppression motions filed on May 3, 2010, (Documents 27 and 28) may be continued from 10:00 a.m. on Monday, July 19, 2010, to 10:00 a.m. on Monday, July 26, 2010.

The parties further agree that the following dates as previously extended to remain in effect and as follows: (1) the United States' opposition briefs to defendant's motions to be filed by 4:00 p.m. on Monday, June 21, 2010; and (2) defendant's reply brief, if any, to be filed by 4:00 p.m. on Monday, July 12, 2010.

1

**STIPULATION TO CONTINUE HEARING ON MOTIONS AND [PROPOSED] ORDER**

1  This stipulation is based on good cause. Specifically, at
2  the time of the initial stipulation, defendant's counsel, Eric H.
3  Schweitzer, failed to realize that he had been scheduled to
4  attend an Administrative Hearing, scheduled to start at 9:00 a.m.
5  on July 19, 2010, which is anticipated to continue through the
6  afternoon.

8  Dated: May 26, 2010.          Respectfully submitted,
                                  Real Lawyers at Affordable Prices™
9

10
                                    /s/ Eric H. Schweitzer
11                                ERIC H. SCHWEITZER
                                  Attorney for Defendant
12

13 Dated: May 26, 2010.          Respectfully submitted,
                                  United States Attorney
14

15
                                    /s/ Brian W. Enos
16                                BRIAN W. ENOS
                                  Assistant United States Attorney.
17

20                                **ORDER**

21 IT IS SO ORDERED.

22 **Dated:   May 28, 2010**           **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE

2
**STIPULATION TO CONTINUE HEARING ON MOTIONS AND [PROPOSED] ORDER**