(SPACE BELOW FOR FILING STAMP ONLY)

**ERIC H. SCHWEITZER #179776**
**REAL LAWYERS - AT AFFORDABLE PRICES**™
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 441-0441
FAX (559) 233-6947

ATTORNEY FOR: **JASON QUESNEL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CRF-08-0413 AWI |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO ALLOW DEFENDANT, JASON QUESNEL, TO TRAVEL TO ALTA SIERRA** |
| JASON QUESNEL, | |
| Defendant. | |

TO THE HONORABLE ANTHONY W. ISHII, CHIEF DISTRICT COURT JUDGE OF THE ABOVE-ENTITLED COURT; UNITED STATES ATTORNEY, AND TO BRIAN ENOS, ASSISTANT U.S. ATTORNEY:

The parties herein, Assistant U.S. Attorney Brian Enos, and Defendant, JASON QUESNEL, by and through is attorney of record, Eric H. Schweitzer, hereby agree and stipulate that Defendant, JASON QUESNEL, be allowed to travel to Alta Sierra, California, from August 12, 2010, through August 15, 2010.

It has been represented that Pretrial Services does not oppose the instant travel request.

IT IS SO STIPULATED.

Dated: June 14, 2010.        Respectfully submitted,
                             REAL LAWYERS AT AFFORDABLE PRICES™


                              /s/ Eric H. Schweitzer
                             ERIC H. SCHWEITZER,
                             Attorney for Defendant,
                             JASON QUESNEL.

1

**United States v. Jason Quesnel - Stipulation and Order To Travel**

```
Dated: June 14, 2010.            Respectfully submitted,
                                 UNITED STATES ATTORNEY'S OFFICE


                                   /s/ Brian Enos
                                 BRIAN ENOS,
                                 Attorney for United Sates
```

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that based upon the agreement of the parties, the pretrial conditions of release are modified to allow Defendant, JASON QUESNEL, to travel to Alta Sierra, California from August 12, 2010 through August 15, 2010.

IT IS SO ORDERED.

**Dated:   June 15, 2010**                    /s/ **Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE

**United States v. Jason Quesnel** - **Stipulation and Order To Travel**