**ERIC H. SCHWEITZER #179776**
REAL LAWYERS - AT AFFORDABLE PRICES™
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 441-0441
FAX (559) 233-6947

ATTORNEY FOR Defendant, JASON QUESNEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * *

| UNITED STATES OF AMERICA, | Case No.: CRF-08-0413 AWI |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY DEFENDANT, JASON QUESNEL'S, PRETRIAL RELEASE CONDITIONS TO ALLOW TRAVEL TO FRESNO, CALIFORNIA, ON JULY 25, 2010** |
| vs. | |
| JASON QUESNEL, | |
| Defendant. | |

TO THE HONORABLE ANTHONY W. ISHII, CHIEF DISTRICT COURT JUDGE OF THE ABOVE-ENTITLED COURT; TO BENJAMIN B. WAGNER, UNITED STATES ATTORNEY, AND TO BRIAN ENOS, ASSISTANT U.S. ATTORNEY:

The parties herein, Assistant U.S. Attorney Brian Enos, and Defendant, JASON QUESNEL, by and through his attorney of record, Eric H. Schweitzer, hereby agree and stipulate that Defendant, JASON QUESNEL, be allowed to travel to Fresno, California, on Sunday, July 25, 2010, and stay overnight in Fresno, California, to prepare for and attend his court hearing on Monday, July 26, 2010.

Pretrial Services has no objection to this request.

///

**IT IS SO STIPULATED.**

Dated: July 19, 2010.          Respectfully submitted,

REAL LAWYERS AT AFFORDABLE PRICES™

By /s/ ERIC H. SCHWEITZER
   ERIC H. SCHWEITZER,
   Attorney for Defendant,
   JASON QUESNEL

Dated: July 19, 2010.          UNITED STATES ATTORNEY'S OFFICE

By /s/ BRIAN ENOS (approved 7-19-10)
   BRIAN ENOS
   Attorney for United States

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that based upon the agreement of the parties, Defendant, JASON QUESNEL's, pretrial conditions of release are modified to allow Defendant, JASON QUESNEL, to travel to Fresno, California, on Sunday, July 25, 2010, and stay overnight in Fresno, California, to prepare for and attend his court hearing on Monday, July 26, 2010.

IT IS SO ORDERED.

Dated:     July 19, 2010                    _____
                                         CHIEF UNITED STATES DISTRICT JUDGE