(SPACE BELOW FOR FILING STAMP ONLY)

**ERIC H. SCHWEITZER #179776**
REAL LAWYERS - AT AFFORDABLE PRICES™
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 441-0441
FAX (559) 233-6947

ATTORNEY FOR Defendant, JASON QUESNEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \*

| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JASON QUESNEL,  Defendant. | Case No.: CRF-08-0413 AWI  **STIPULATION AND ORDER TO MODIFY DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |
|---|---|

The parties herein, Assistant U.S. Attorney Brian Enos, and Defendant, JASON QUESNEL, by and through his attorney of record, Eric H. Schweitzer, hereby agree and stipulate that Defendant, JASON QUESNEL, be allowed contact with his minor son without the presence of another adult.

Pretrial Services does not oppose the instant request.

All prior terms and conditions not in conflict remain in full force and effect.

///
///
///
///

IT IS SO STIPULATED.

Dated: August 18, 2010.       Respectfully submitted,

REAL LAWYERS AT AFFORDABLE PRICES™

By  /s/ ERIC H. SCHWEITZER
   ERIC H. SCHWEITZER,
   Attorney for Defendant,
   JASON QUESNEL.

Dated: August 19, 2010.       UNITED STATES ATTORNEY'S OFFICE

By As auth. 8/19/10 /s/ BRIAN W. ENOS
   BRIAN W. ENOS
   Attorney for United States

### **ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that based upon the agreement of the parties, the pretrial conditions of release are modified to allow Defendant, JASON QUESNEL, contact with his minor son without the presence of another adult.

All other terms and conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:    August 20, 2010
                                 CHIEF UNITED STATES DISTRICT JUDGE