**ERIC H. SCHWEITZER #179776**
**REAL LAWYERS - AT AFFORDABLE PRICES**TM
2333 MERCED STREET
FRESNO, CA 93721
PHONE: (559) 441-0441
FAX:   (559) 233-6947

ATTORNEY FOR: **JASON QUESNEL**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JASON QUESNEL,<br><br>    Defendant. | Case No.: 1:08-CR-0413-AWI<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION; ORDER**<br><br>DATE: September 24, 2010<br>TIME: 1:30 p.m.<br>DEPT: AWI - 2 |

**IT IS HEREBY STIPULATED** by and between the parties hereto, by and through their representative attorneys of record, that the hearing regarding defendant's suppression motion filed on May 3, 2010, presently scheduled for a hearing on **September 24, 2010, at 1:30 p.m. in Courtroom # 2**, may be continued to **1:30 p.m. on Monday, November 15, 2010.**

This stipulation is based on good cause.

Specifically, at the time of the filing of the pleadings and during other subsequent events, defendant's counsel, Eric H. Schweitzer, was not aware that a Board of Governors meeting of the California Attorneys for Criminal Justice (CACJ) was anticipated to be scheduled on the same date as the scheduled hearing.

1

**STIPULATION TO CONTINUE HEARING ON MOTION AND [PROPOSED] ORDER**

1    Mr. Schweitzer is on the Board of Governors of the CACJ and
2 his presence at the Board of Governors meeting is much preferred.
3 Dated: September 14, 2010.        Respectfully submitted,
                                    Real Lawyers at Affordable Prices™
4

5
                                    /s/ Eric H. Schweitzer
6                                   ERIC H. SCHWEITZER
                                    Attorney for Defendant
7

8 Dated: September 14, 2010.        Respectfully submitted,
                                    United States Attorney
9

10
                                    /s/ Brian W. Enos
11                                  BRIAN W. ENOS
                                    Assistant United States Attorney.
12

13

14

15                                  **ORDER**

16 IT IS SO ORDERED.

17
Dated:     September 15, 2010
18                                  CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2
**STIPULATION TO CONTINUE HEARING ON MOTION AND [PROPOSED] ORDER**