(SPACE BELOW FOR FILING STAMP ONLY)

**ERIC H. SCHWEITZER #179776**
**REAL LAWYERS - AT AFFORDABLE PRICES**TM
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 441-0441
FAX (559) 233-6947
   ATTORNEY FOR Defendant, JASON QUESNEL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JASON QUESNEL,

Defendant.
Case No.:CRF-08-0413 AWI

**STIPULATION AND ORDER TO CONTINUE NOVEMBER 15, 2010,**
**MOTION HEARING**

**IT IS HEREBY STIPULATED** by and between the parties hereto, by and through their representative attorneys of record, that the hearing regarding Defendant's motion presently scheduled for a hearing on November 15, 2010, at 1:30 p.m. in Department 2, be continued to Monday, January 31, 2011, at 1:30 p.m. in Department 2.

This stipulation is based on good cause.

Due to his prescribed medication, Defendant is currently unable to attend and travel to this hearing due to a broken elbow.  The Government has already been provided with supporting medical records for this request.

The Government is available to proceed with the hearing on January 31, 2011, at 1:30 p.m.

The delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

Dated: November 8, 2010.          Respectfully submitted,

                      REAL LAWYERS AT AFFORDABLE PRICESTM


                      By__/s/ ERIC H. SCHWEITZER_____

                        ERIC H. SCHWEITZER
                        Attorney for Defendant,
                        JASON QUESNEL

Dated: November 8, 2010.     LAW OFFICE OF RICHARD P. BERMAN


                      By__ /s/ RICHARD P. BERMAN_____

                        RICHARD P. BERMAN
                        Attorney for Defendant,
                        JASON QUESNEL

Dated:  November 8, 2010.     UNITED STATES ATTORNEY

                      approved 11-8-10

                      By__/s/ BRIAN W. ENOS_____

                        BRIAN W. ENOS
                        Assistant U.S. Attorney

## ORDER

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion Hearing currently set for November 15, 2010, at 1:30 p.m. in Department 2 be reset to January 31, 2011, at 1:30 p.m. in Department 2.

IT IS SO ORDERED.

Dated:  November 12, 2010                                   _____
                                                            CHIEF UNITED STATES DISTRICT JUDGE