BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>JASON QUESNEL,　　　　　　 )<br>　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　)<br>_____) | 1:08-cr-00413 AWI<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO SUPPRESS STATEMENTS; ORDER**<br><br>Date: May 2, 2011<br>Time: 1:30 p.m.<br>Ctrm: 2<br>　　Hon. Anthony W. Ishii |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the continued hearing regarding defendant's motion to suppress statements may be continued from 1:30 p.m. on Monday, January 31, 2011, to 1:30 p.m. on Monday, May 2, 2011.

　　　The parties base this stipulation on good cause, in that the court advised the parties that it is not available on January 31, 2011.  For the above-stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded

in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: January 24, 2011       By: Brian W. Enos_____
                                      BRIAN W. ENOS
                                      Assistant U.S. Attorney

                                      (As auth. 1/24/11)

Dated: January 24, 2011      /s/ Eric H. Schweitzer
                                      ERIC H. SCHWEITZER
                                      Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:     January 25, 2011       _____
                                   CHIEF UNITED STATES DISTRICT JUDGE