(SPACE BELOW FOR FILING STAMP ONLY)

**ERIC H. SCHWEITZER #179776**
**SCHWEITZER & DAVIDIAN**
***A PROFESSIONAL CORPORATION***
620 DEWITT AVENUE, SUITE 102
CLOVIS, CALIFORNIA 93612
PHONE: 559-322-1500
FAX:   559-322-1551

ATTORNEY FOR: **JASON QUESNEL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:08-cr-00413 AWI |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SEPTEMBER 6, 2011, EVIDENTIARY HEARING** |
| JASON QUESNEL, | |
| Defendant. | *Hon. Anthony Ishii - D-2* |

**TO THE HONORABLE ANTHONY W. ISHII, CHIEF DISTRICT COURT JUDGE OF THE ABOVE-ENTITLED COURT:**

**FACTUAL BACKGROUND**

At the Hearing of Mr. Quesnel's Henthorn Motion, it was decided that an evidentiary hearing on the underlying Fifth Amendment issues in the related matter would be resumed on September 6, 2011 at the hour of 1:30 p.m..

At a meeting in the ante chamber, immediately after the hearing on August 1, 2011, it was learned that witnesses for the evidentiary hearing would in fact be unavailable on September 6, 2011. This writer then called Mr. Enos to let him know of this circumstance. Mr. Enos then indicated that he would not have any problem with a later hearing date.

**United States v. Jason Quesnel** - ORDER TO VACATE AND RESCHEDULE

**IT IS HEREBY STIPULATED** by and between the parties hereto, by and through their representative attorneys of record, that the hearing regarding Defendant's motion presently scheduled for hearing on September 6, 2011, at 1:30 p.m., in Department 2, be continued to **Tuesday, October 11, 2011, at 1:30 p.m., in Department 2.**

This stipulation is based on good cause because the witnesses that this writer had intended to present on September 6, 2011, will be unavailable on that date.

The Government is available to proceed with the hearing on October 11, 2011, at 1:30 p.m..

The delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(ii).

```
Dated: August 2, 2011.     Respectfully submitted,
                           SCHWEITZER & DAVIDIAN, APC.


                           By: /s/ ERIC H. SCHWEITZER
                               ERIC H. SCHWEITZER
                               Attorney for Defendant,
                               JASON QUESNEL

Dated: August 2, 2011.     LAW OFFICE OF RICHARD P. BERMAN


                           By: /s/ RICHARD P. BERMAN
                               RICHARD P. BERMAN
                               Attorney for Defendant,
                               JASON QUESNEL


Dated: August 2, 2011.     UNITED STATES ATTORNEY


                           By: /s/ BRIAN W. ENOS
                               BRIAN W. ENOS
                               Assistant U.S. Attorney
```

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion Hearing currently set for September 6, 2011, at 1:30 p.m., in Department 2, be vacated and be calendared for **October 11, 2011, at 1:30 p.m., in Department 2.**

IT IS SO ORDERED.

Dated:   August 2, 2011                                    /s/ signature
                                                CHIEF UNITED STATES DISTRICT JUDGE