**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2333
FAX (559) 233-6947

ATTORNEY FOR   Defendant, JASON QUESNEL

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CRF-08-0413-AWI |
| Plaintiff, | ORDER GRANTING TRAVEL REQUEST |
| vs. | |
| JASON QUESNEL, | |
| Defendant. | |

This matter having been heard before this Honorable Court on August 1, 2011, at 1:30 p.m. and with no opposition by the Government or Pretrial Services to the following court rulings:

**IT IS HEREBY ORDERED** that Defendant, JASON QUESNEL, is allowed to go on vacation with his family from September 1, 2011, through September 6, 2011, to 320 Juanita Avenue, Oceano, California  93445.

Defendant's condition of release pertaining to location monitoring remains in effect.

IT IS SO ORDERED.

Dated:     August 17, 2011                                    _____
                                                CHIEF UNITED STATES DISTRICT JUDGE