BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cr-00413 AWI |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE HEARING** |
| ) | **ON MOTION TO SUPPRESS** |
| ) | **STATEMENTS; ORDER** |
| v. ) | |
| ) | Date: October 24, 2011 |
| ) | Time: 1:30 p.m. |
| JASON QUESNEL, ) | Ctrm: 2 |
| ) |     Hon. Anthony W. Ishii |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the continued hearing regarding defendant's motion to suppress statements may be continued from 1:30 p.m. on Tuesday, October 11, 2011, to 1:30 p.m. on Monday, October 24, 2011.

   The parties base this stipulation on good cause, in that Homeland Security Investigations Special Agent Craig Finley, the case agent whom defense counsel is in the midst of cross-examining with respect to defendant's suppression motion, must be in San Francisco on October 11, 2011 with his family attending a meeting with medical personnel relating to his father-in law's

1  need to be placed on an organ donor list.  The undersigned
2  government counsel understands that family support is a criterion
3  considered when determining whether and where the recipient is
4  placed on the list.  For reasons already stated on the court
5  record, Agent Finley (the lead investigator on this case who was
6  present at defendant's home the day of the search) qualifies as
7  an "essential witness" regarding defendant's suppression motion,
8  and his absence on October 11, 2011 qualifies this case for a
9  time exclusion through the proposed continuance date pursuant to
10 18 U.S.C. § 3161(h)(3)(A).  For the above-stated reason, the
11 stipulated continuance will also conserve time and resources for
12 both parties and the court, and the interests of justice served
13 by granting the continuance outweigh defendant's and the public's
14 speedy trial rights pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
15 3161(h)(7)(B)(ii).

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: October 6, 2011         By: Brian W. Enos_____
                                   BRIAN W. ENOS
                                   Assistant U.S. Attorney


                                   (As auth. 10/6/11)

Dated: October 6, 2011             /s/ Eric H. Schweitzer
                                   ERIC H. SCHWEITZER
                                   Attorney for Defendant


**ORDER**

IT IS SO ORDERED.

Dated:    October 6, 2011         _____
                                  CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE HEARING ON MOTION TO SUPPRESS STATEMENTS;
ORDER