**RICHARD P. BERMAN #55462**
**Law Office of Richard P. Berman**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2333
FAX (559) 233-6947

ATTORNEY FOR   Defendant, JASON QUESNEL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CRF-08-0413-AWI |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SUPPRESSION HEARING** |
| vs. | |
| JASON QUESNEL, | |
| Defendant. | |

The parties herein, Assistant U.S. Attorney Brian Enos, and Defendant, JASON QUESNEL, through his attorneys of record, Richard P. Berman and Eric H. Schweitzer, hereby agree and stipulate that Defendant, JASON QUESNEL's, March 12, 2012, Motion to Suppress hearing be continued to May 21, 2012, to allow for settlement negotiations to take place.

The parties base this stipulation on good cause in that defense counsel, Richard P. Berman, has been on medical leave since October 25, 2012.  On February 27, 2012, Mr. Berman returned to the office on a part-time basis.

As the parties herein have not been able to engage in settlement negotiations regarding this case due to Mr. Berman's

1  absence, it is respectfully requested that the suppression
2  hearing be moved to May 21, 2012, at 1:30 p.m., which will allow
3  settlement negotiations to take place prior to the hearing.  If
4  the continued hearing proves necessary, the parties will also be
5  prepared to set a trial date at its conclusion.
6      Any delay resulting from this continuance shall be excluded
7  in the interests of justice, and the ends of justice in endorsing
8  this stipulation through formal order outweigh the interests of
9  defendant and the public in a speed trial.  See 18 U.S.C.
10 sections 3161(h)(7)(A) and 3161(h)(7)(B)(ii).
11     IT IS SO STIPULATED.
12     Dated:  March 8, 2012.      Respectfully submitted,
13                                 LAW OFFICE OF RICHARD P. BERMAN
14
15                                 By  /s/ RICHARD P. BERMAN
16                                    RICHARD P. BERMAN for
                                      RICHARD P. BERMAN and ERIC
                                      H. SCHWEITZER,
17                                    Attorneys of Record for
                                      Defendant, JASON QUESNEL
18
19     Dated:  March 8, 2012.      BENJAMIN B. WAGNER
                                   United States Attorney
20
21
                                   By /s/ BRIAN W. ENOS
22                                    BRIAN W. ENOS
                                      Assistant U.S. Attorney
23
24 ///
25 ///
26 ///
27 ///
28 ///

2

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the suppression hearing in this matter be reset to May 21, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Dated:  March 8, 2012
CHIEF UNITED STATES DISTRICT JUDGE