**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2333
FAX (559) 233-6947

ATTORNEY FOR   Defendant, JASON QUESNEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,         Plaintiff,      vs.  JASON QUESNEL,         Defendant. | Case No.: CRF-08-0413-AWI  ORDER TO ALLOW DEFENDANT, JASON QUESNEL, TO TRAVEL FRESNO, CA |

   Good cause appearing therefor,

   **IT IS HEREBY ORDERED** that the pretrial conditions of release are modified to allow Defendant, JASON QUESNEL, to travel to Fresno, California, on April 26, 2012.  Defendant is to return to his residence on April 28, 2012.

IT IS SO ORDERED.

Dated:      April 24, 2012        _____
                                    CHIEF UNITED STATES DISTRICT JUDGE