BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-00413 AWI |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE JULY 9,** |
| | ) | **2012 STATUS CONFERENCE TO** |
| | ) | **AUGUST 20, 2012; ORDER** |
| v. | ) | |
| | ) | Date: August 20, 2011 |
| | ) | Time: 10:00 a.m. |
| JASON QUESNEL, | ) | Ctrm: 2 |
| | ) |     Hon. Anthony W. Ishii |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties' July 9, 2012 status conference may be continued to 10:00 a.m. on Monday, August 20, 2012.

The parties base this stipulation on good cause. To explain (and as noted within the stipulation and order dated May 18, 2012 (Doc. 74)), the parties have been diligently working toward resolving this matter while defense counsel Berman at the same time has been recovering from medical issues that necessitated his taking full medical leave from roughly October 2011 until March 2012. Since this time, defense counsel has also been

working with an expert regarding various matters relevant to this case's resolution, as well as tending to many other matters in need of his attention due to his absence.

Earlier today, defense counsel underwent necessary follow up surgery in Los Angeles, and expects to be out of commission pursuant to the same for the next several weeks. Upon his return to work, the parties will promptly resume their negotiations, and be prepared to set a trial date if the case is not resolved by the continued status conference date as set forth above. For the above-stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

```
                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: July 3, 2012      By: Brian W. Enos_____
                                BRIAN W. ENOS
                                Assistant U.S. Attorney


                                (As auth. 7/3/12)
Dated: July 3, 2012       /s/ Eric H. Schweitzer
                                ERIC H. SCHWEITZER
                                Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

Dated:     July 3, 2012          _____
                                CHIEF UNITED STATES DISTRICT JUDGE

2