**RICHARD P. BERMAN #55462**
**Law Office of Richard P. Berman**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2333
FAX (559) 233-6947

ATTORNEY FOR Defendant, JASON QUESNEL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**vs.**<br>**JASON QUESNEL,**<br>**Defendant.** | **Case No.: 1:08-CR-413-AWI**<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 4, 2012, AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective attorneys of record, that the parties' August 20, 2012, status conference may be continued to 10:00 a.m. on Tuesday, September 4, 2012.

The parties base this stipulation on good cause. To explain (and as noted within the stipulations and orders dated May 18, 2012 (Doc. #74), and July 5, 2012 (Doc. #76), the parties have been diligently working toward resolving this matter while defense counsel Berman had a second major surgery on July 3, 2012, and just returned to work on Tuesday, August 14, 2012. Defense counsel has resumed working with his experts regarding various matters relevant to this case's resolution, as well as

tending to many other matters in need of his attention due to his absence.

Upon counsel's return, the parties have promptly resumed their negotiations, and will be prepared to set a trial date if the case is not resolved by the continued status conference date as set forth above on September 4, 2012.

For the above-stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

IT IS SO STIPULATED.

Dated: August 16, 2012. Respectfully submitted,

LAW OFFICE OF RICHARD P. BERMAN

By /s/ RICHARD P. BERMAN
RICHARD P. BERMAN for
RICHARD P. BERMAN and ERIC H. SCHWEITZER,
Attorneys of Record for
Defendant, JASON QUESNEL

Dated: August 16, 2012. BENJAMIN B. WAGNER
United States Attorney

By /s/ BRIAN W. ENOS
BRIAN W. ENOS
Assistant U.S. Attorney

///

///

///

///

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the status conference in this matter be reset to September 4, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 16, 2012

CHIEF UNITED STATES DISTRICT JUDGE