**ERIC H. SCHWEITZER #179776**
**SCHWEITZER & DAVIDIAN, APC**
620 DeWitt Avenue, Suite 102
Clovis, California 93612
Tel: 559-322-1500
Fax: 559-322-1551

ATTORNEY FOR: **JASON QUESNEL**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:08-CR-00413-AWI |
| Plaintiff, | **REQUEST AND ORDER PERMITTING DEFENDANT JASON QUESNEL TO VISIT HIS GRANDMOTHER IN LAS VEGAS NEVADA AND ASSIST HER IN MOVING TO ANOTHER STATE** |
| vs. | |
| JASON QUESNEL, | |
| Defendant. | |

**TO THE HONORABLE ANTHONY W. ISHII, CHIEF DISTRICT COURT JUDGE OF THE ABOVE-ENTITLED COURT:**

**COMES NOW** Defendant, **JASON QUESNEL,** by and through his attorney of record, Eric H. Schweitzer, and hereby requests permission to travel to Las Vegas, Nevada, from November 16, 2012 to November 19, 2012, to visit his 95-year-old grandmother who is not expected to live much longer.

**NOTICE:** The United States neither endorses nor opposes this request.

**NOTICE:** The Pretrial Services did not voice an objection on October 25, 2012 – when initially contacted by this writer's office. However, they called Mr. Schweitzer's office and left a message stating they are hesitant in agreeing to this request because of the location of the travel.

1  **GROUNDS:** Mr. Quesnel's grandmother has lived in Las Vegas
2  for a very long time, but no longer has any family or friends
3  around to assist her with her affairs. Due to her age and health,
4  she has decided to leave her house in Las Vegas and move in with
5  Mr. Quesnel's half-sister in Arkansas as she is afraid to live on
6  her own. She has an entire house full of personal items to
7  dispose of. She needs Mr. Quesnel's assistance to get his
8  inheritance earlier than expected, rent a U-Haul, and to help her
9  wind down her affairs. Mr. Quesnel feels obligated to her
10 grandmother in helping her in this process and to get his items
11 out of her house so they don't get thrown away, donated, or
12 stolen by opportunistic "friends".
13  Mr. Quesnel's grandmother is unaware of Mr. Quesnel's legal
14 situation and would not understand why he was not there to assist
15 her in this process. It must be noted, this trip is about taking
16 care of family business, not taking a vacation. Mr. Quesnel will
17 be on a GPS-style electronic monitor during this travel. This is
18 not a matter of first impression. Under similar circumstances,
19 Mr. Quesnel requested and was granted the privilege of coming to
20 Fresno for an interview. Although that situation was also
21 opposed, no issues whatsoever resulted from that grant. Mr.
22 Quesnel has amply demonstrated that he can be trusted in such
23 circumstances.
24 Dated: October 31, 2012.        Respectfully submitted,
                                  SCHWEITZER & DAVIDIAN, APC
25
26                              By /s/ ERIC H. SCHWEITZER
                                   ERIC H. SCHWEITZER,
27                                 Attorney for Defendant,
                                   JASON QUESNEL.
28
                                    2
**REQUEST AND ORDER PERMITTING DEFENDANT JASON QUESNEL TO VISIT HIS GRANDMOTHER IN LAS VEGAS, NEVADA**

Dated: October 31, 2012.          UNITED STATES ATTORNEY'S OFFICE


                                  By /s/ BRIAN ENOS
                                     BRIAN ENOS
                                     Attorney for United States.

**REQUEST AND ORDER PERMITTING DEFENDANT JASON QUESNEL TO VISIT HIS GRANDMOTHER IN LAS VEGAS, NEVADA**

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant, JASON QUESNEL be permitted to travel to Las Vegas, Nevada for the purposes of visiting his 95-year-old grandmother and arrange her affairs from November 16, 2012 to November 19, 2012.

IT IS SO ORDERED.

Dated:      November 1, 2012

UNITED STATES DISTRICT JUDGE

**REQUEST AND ORDER PERMITTING DEFENDANT JASON QUESNEL TO VISIT HIS GRANDMOTHER IN LAS VEGAS, NEVADA**