1 | **ERIC H. SCHWEITZER #179776**
**SCHWEITZER & DAVIDIAN, P.C.**
2 | 620 DeWitt Avenue, Suite 102
Clovis, California 93612
3 | Tel: 559-322-1500
Fax: 559-322-1551
4
ATTORNEY FOR: **JASON QUESNEL**
5

6

7 | **UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA**

9 | * * * * * * * *

10 | UNITED STATES OF AMERICA, | Case No.: 1:08-CR-00413-AWI

11 | Plaintiff,

12 | vs. | **APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON**

13 | JASON QUESNEL,

14 | Defendant.

15

16 | **TO THE HONORABLE ANTHONY W. ISHII, CHIEF DISTRICT COURT JUDGE OF THE ABOVE-ENTITLED COURT:**

17 | **COMES NOW** Defendant **JASON QUESNEL** by and through counsel,
18 | Eric H. Schweitzer, and moves this Honorable Court for an Order,
19 | exonerating the bond and for reconveyance of property in the
20 | above-captioned case.
21 | On December 5, 2008, the Court received a copy of the Deed
22 | of Trust - 2008-063905 and Original Straight Note from Ms. Ann
23 | Huo for Defendant Jason Quesnel. According to Document # 7, these
24 | documents were placed in the vault.
25 | On January 9, 2009, the Court received the Deed of Trust
26 | from Ann Huo - 2008-063905. According to Document # 9, this
27 | document was also placed in the vault.
28

1

**U.S. v. Quesnel - Motion for Exoneration of Property Bond and For Reconveyance of Property**

////

On September 24, 2012, Defendant Quesnel entered into a plea and a hearing was held on November 26, 2012.

Defendant was Sentenced on February 19, 2013, and the Judgement was issued on February 21, 2013.

Defendant Quesnel surrendered himself to the custody of the United States Bureau of Prisons as Ordered.

Since Defendant Quesnel has been sentenced and is currently in custody, he respectfully requests that this Honorable Court exonerate the bond previously placed with the Court and reconvey title to the real property, securing said bond.

Dated: May 1, 2013.              Respectfully submitted,
                                 SCHWEITZER & DAVIDIAN, P.C.


                                 By: /s/ ERIC H. SCHWEITZER
                                     ERIC H. SCHWEITZER,
                                     Attorney for Defendant,
                                     JASON QUESNEL


**STIPULATED NON-OPPOSITION**: The government has read and considered this motion. Having done so, there is no opposition to granting the motion as requested herein by the Defendant.

Dated: May 1, 2013


                                 By: /s/ BRIAN ENOS
                                     A.U.S.A - BRIAN ENOS.

**ORDER**

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and title to the real property, securing said bond, be reconveyed.

IT IS SO ORDERED.

Dated:   May 3, 2013

_____
SENIOR DISTRICT JUDGE